IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DOMER BRENNER et al.,

    Plaintiffs,

v.

              CONSOLIDATED
              CASE NO. 4:14cv107-RH/CAS

RICK SCOTT, etc., et al.,

    Defendants.

_____/

ORDER INCREASING THE PAGE LIMIT
FOR PRELIMINARY-INJUNCTION AND
<u>MOTION-TO-DISMISS MEMORANDA</u>

    The Grimsley plaintiffs' unopposed motion for leave to file a memorandum of excessive length, ECF No. 35, is GRANTED.  The page limit for any memorandum in support of or in opposition to a preliminary-injunction motion or motion to dismiss is increased to 50.  But the parties should take note: longer memoranda are usually less persuasive, not more.

    SO ORDERED on April 24, 2014.

                                     <u>s/Robert L. Hinkle                </u>
                                     United States District Judge