**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JAMES DOMER BRENNER et al.,

        Plaintiffs,

v.	Consolidated Case No. 4:14cv107-RH/CAS

RICK SCOTT, etc., et al.,

        Defendants.
_____/

**MOTION OF THE FLORIDA CONFERENCE OF CATHOLIC BISHOPS, INC.
FOR LEAVE TO FILE AN AMICUS BRIEF**

The Florida Conference of Catholic Bishops, Inc. (the "Conference"), through undersigned counsel, moves for leave to file a brief as amicus curiae in the above-captioned consolidated case.

Counsel for the state official defendants and counsel for the local official defendant have informed the Conference that all defendants consent to the appearance of the Conference as amicus curiae. In addition, this Court has inherent authority to designate amicus curiae and accept amicus briefs in a proceeding such as this one, and has done so in the past. See, e.g., Resort Timeshare Resales, Inc. v. Stuart, 764 F. Supp. 1495, 1500-01 (S.D. Fla. 1991); see also, e.g., United States v. State of Florida, 4:12cv285-RH/CAS, Order Granting Leave to File an Amicus Brief and to File Reply Memoranda in Support of the Motions to Intervene (N.D. Fla. June 29, 2012) (ECF No. 37) (Hinkle, J.); Fla. Wildlife Fed. v. Jackson, No. 4:08cv324-RH/WCS, Order on Procedural Motions (N.D. Fla. May 31, 2011) (ECF No. 267) and Order Granting Leave to File Amicus Brief (N.D. Fla. Nov. 10, 2009) (ECF No. 134) (Hinkle, J.). This

Court has already granted leave to one association, Florida Family Action, to participate as amicus on any motion.  Order Denying Leave for Florida Family Action to Intervene but Allowing it to Participate as Amicus, ECF No. 40.

The Conference, a Florida not-for-profit corporation, is a nonpartisan group serving as liaison to state government on matters of concern to the Catholic Church in the seven dioceses of Florida.  On issues of importance to the Catholic Church in Florida, the Conference advocates sound public policies in federal, state, and administrative forums in accordance with faith-based principles.  Issues of particular importance to the Conference include the promotion and defense of marriage, the protection of the First Amendment rights of religious organizations and their adherents, and the proper development of the nation's jurisprudence on these issues.

Due to the importance of the issues presented in the plaintiffs' preliminary-injunction motions, and the Conference's interest with respect to those issues, the Conference respectfully requests that the Court grant leave for the filing of an amicus brief on the preliminary-injunction motions, no longer than 25 pages, by May 12, 2014.

Respectfully submitted this 30th day of April, 2014.

    s/Stephen C. Emmanuel
    Stephen C. Emmanuel
    Florida Bar No. 0379646
    Ausley & McMullen, P.A.
    Post Office Box 391
    Tallahassee, FL  32301
    (850) 224-9115
    semmanuel@ausley.com

    **ATTORNEY FOR FLORIDA CONFERENCE OF CATHOLIC BISHOPS, INC.**

## CERTIFICATE OF LOCAL RULE 7.1(B) COMPLIANCE

Pursuant to Local Rule 7.1(B), undersigned counsel states that he has conferred with counsel for the parties in the consolidated case in good faith concerning this motion. Counsel for the state official defendants, counsel for the local official defendant, and counsel for the plaintiffs in Grimsley v. Scott (Case No. 4:14cv138) do not oppose this motion. Counsel for the plaintiffs in Brenner v. Scott (Case No. 4:14cv107) object to this motion at this time.

s/Stephen C. Emmanuel
Stephen C. Emmanuel

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that correct copies of this motion were served by filing in this Court's CM/ECF system this 30th day of April, 2014 on all attorneys of record in this matter.

s/Stephen C. Emmanuel
Stephen C. Emmanuel
