IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DOMER BRENNER et al.,

    Plaintiffs,

v.

    CONSOLIDATED
    CASE NO.  4:14cv107-RH/CAS

RICK SCOTT, etc., et al.,

    Defendants.

_____/

ORDER ALLOWING THE FLORIDA CONFERENCE OF
CATHOLIC BISHOPS TO PARTICIPATE AS AMICUS

    IT IS ORDERED:

    1.    The motion of the Florida Conference of Catholic Bishops, Inc. ("the Conference") for leave to file a memorandum as amicus curiae, ECF No. 43, is GRANTED.

    2.    The Conference may file a memorandum as amicus curiae on any motion.  The deadline for the Conference to do so is the corresponding deadline for the memorandum of the party whose position the Conference supports.  But when the Conference supports the moving party, the deadline for the Conference's

amicus memorandum in support of the motion is the earlier of (a) the deadline for filing the motion, if there is a deadline, or (b) seven days after the filing of the motion, without a three-day extension based on electronic service of the motion.

    3.    The page limit for an amicus memorandum is 25 pages.

    4.    Each amicus memorandum must include the information listed in Federal Rule of Appellate Procedure 29(c)(5).

    5.    The clerk must add the Conference to the docket as an amicus so that its attorneys receive electronic notices of filings.

    6.    Because of the need for a prompt ruling, this order has been entered without awaiting the response of the only parties that oppose the motion—the plaintiffs in separate Case No. 4:14cv107.  If those plaintiffs file an emergency motion to reconsider, the issue will be reconsidered de novo.  This order will remain in effect until reconsidered on such a motion.

    SO ORDERED on May 2, 2014.

                                     s/Robert L. Hinkle
                                     United States District Judge