IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DOMER BRENNER et al.,

    Plaintiffs,

v.

CONSOLIDATED
CASE NO.  4:14cv107-RH/CAS

RICK SCOTT, etc., et al.,

    Defendants.

_____/

## ORDER DENYING THE SEVIER MOTIONS

By order entered April 24, 2014, Chris Sevier's motion to intervene was denied.  Mr. Sevier has moved to reconsider, for other relief from the April 24 order, and alternatively for leave to make filings as an amicus curiae.  Upon consideration,

IT IS ORDERED:

Mr. Sevier's motions, ECF Nos. 51 and 52, are denied.  Mr. Sevier's tendered "first amended intervening complaint and petition for declaratory and injunctive relief," ECF No. 53 (capitalization omitted), is struck.

SO ORDERED on May 15, 2014.

                        s/Robert L. Hinkle
                        United States District Judge