IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DOMER BRENNER, *et al.*,

    *Plaintiffs*,

v.                                                             Case No. 4:14-cv-107-RH/CAS

RICK SCOTT, in his official capacity
as Governor of Florida, *et al.*,

    *Defendants*.

_____/

## JOINT NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that **Dr. John H. Armstrong**, in his official capacity as Secretary of the Florida Department of Health and Florida Surgeon General; **Craig J. Nichols**, in his official capacity as Secretary of the Florida Department of Management Services; and **Harold Bazzell**, in his official capacity as Clerk of Court and Comptroller for Washington County, Florida—defendants in the above-named case—hereby jointly appeal to the United States Court of Appeals for the Eleventh Circuit from the order entered in this action by the district court on August 21, 2014, (DE 74), granting a preliminary injunction against said defendants in this action.

[continued on next page]

Respectfully submitted by:

PAMELA JO BONDI
ATTORNEY GENERAL

*/s/ James J. Goodman, Jr.*
JAMES J. GOODMAN, JR. (FBN 71877)
**JEFF GOODMAN, P.A.**
946 Main Street
Chipley, Florida 32428
Phone: (850) 638-9722
Fax: (850) 638-9724
office@jeffgoodmanlaw.com

*Counsel for Washington County Clerk of Court*

*/s/ Adam S. Tanenbaum*
ALLEN WINSOR (FBN 16295)
  *Solicitor General*
ADAM S. TANENBAUM (FBN 117498)
  *Chief Deputy Solicitor General*

**OFFICE OF THE
ATTORNEY GENERAL**
The Capitol – PL01
Tallahassee, FL 32399-1050
Phone: (850) 414-3688
Fax: (850) 410-2672
allen.winsor@myfloridalegal.com
adam.tanenbaum@myfloridalegal.com

*Counsel for the Secretary of the Florida Department of Health and for the Secretary of the Florida Department of Management Services*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this fourth day of September, 2014, a true copy of the foregoing joint notice of appeal has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of said electronic filing to all plaintiffs' and defendants' counsel of record registered with the Court for that purpose; and that a true copy of the foregoing was served via electronic mail, upon written consent, to Samuel Jacobson, Esquire; at Bledsoe, Jacobson, Schmidt, Wright, Lang & Wilkinson, at email addresses sam@jacobsonwright.com and kathy@jacobsonwright.com.

*/s/ Adam S. Tanenbaum*
ADAM S. TANENBAUM
Florida Bar No. 117498