IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DORMER BRENNER, *et al.*,

    *Plaintiffs*,

v.

RICK SCOTT, in his official capacity
as Governor of Florida, *et al.*

    *Defendants*.

Case No. 4:14-cv-107-RH/CAS

---

SLOAN GRIMSLEY, *et al.*,

    *Plaintiffs*,

v.

RICK SCOTT, in his official capacity
as Governor of Florida, *et al.*

    *Defendants*.

Case No. 4:14-cv-138-RH/CAS

---

## STIPULATION REGARDING ATTORNEY FEE PROCEEDINGS

The Plaintiffs in Case Number 4:14-cv-107 ("*Brenner* Plaintiffs") and Defendants the Secretary of the Florida Department of Health, the Secretary of the Florida Department of Management Services (jointly "Parties") have agreed to the

following regarding attorney fee proceedings, and request the Court's approval pursuant to Northern District of Florida Local Rule 6.1:

1. On October 19, 2015, the Eleventh Circuit Court of Appeals granted Defendants' motion for voluntary dismissal of their appeals of this Court's preliminary injunction order and transferred the issue of attorney fees to this Court.

2. The *Brenner* Plaintiffs filed a Motion for Attorney's Fees (Doc. 126) on November 2, 2015. Although there has been no entry of a final judgment in this case that would trigger the 14-day deadline to move for attorney fees, the *Brenner* Plaintiffs filed their motion for attorney pursuant to the deadlines set by the Eleventh Circuit under 11th Cir. R. 39-2.

3. At the present time, two dispositive motions remain pending before this Court: the *Grimsley* Plaintiffs' Motion for Summary Judgment (Doc. 111); and the State Defendants' Opposition to Motion for Summary Judgment and Motion to Dismiss as Moot (Doc. 118). Also pending is the State Defendants' Motion for Clarification. (Doc. 113).

4. The Parties have agreed that, following a final order in this case, the State Defendants' response to the *Brenner* Plaintiff's Motion for Attorney's Fees will be due seventeen (17) days following the amended motion for attorney fees to be filed by the *Brenner* Plaintiffs at the appropriate time.

5. The Parties are mindful of their obligation to negotiate both liability for and amount of attorney fees in good faith before bringing the issue to this Court, *see* N.D. Fla. Loc. R. 54.1(C), and the bifurcated procedure for attorney fee motions established by the Local Rules, *see* N.D. Fla. Loc. R. 54.1(D).

Accordingly, the Parties respectfully request that the Court approve this Stipulation pursuant to Local Rule 6.

Respectfully submitted,

Wm. J. Sheppard, Esquire
Florida Bar No.: 109154
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Bryan E. DeMaggio, Esquire
Florida Bar No.: 055712
Amanda J. Woods, Esquire
Florida Bar No.: 112296
Sheppard, White, Kachergus &
    DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone: (904) 356-9661
Facsimile: (904) 356-9667
Email: sheplaw@att.net
*Counsel for Plaintiffs*

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

Allen Winsor, Esq.
Florida Bar No.: 16295
William H. Stafford III, Esq.
Florida Bar No.: 70394
Office of the Attorney General
PL 01 The Capitol
Tallahassee, Florida 32399-1050
(850) 414-3688
(850) 410-2672 (fax)
Allen.Winsor@myfloridalegal.com
William.Stafford@myfloridalegal.com
*Counsel for the Secretary of the Florida Department of Health and for the Secretary of the Florida Department of Management Services*

## APPROVAL OF THE COURT

The Court has reviewed the Stipulation Regarding Attorney Fee Proceedings set forth above. Pursuant to Northern District of Florida Local Rule 6.1, and after due consideration the Stipulation is HEREBY APPROVED.

                                                ROBERT L. HINKLE
                                                UNITED STATES DISTRICT JUDGE

ldh[brenner.james.joint.stipulation]