UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DOMER BRENNER, et al.,

    Plaintiffs,   Case No. 4:14-cv-107-RH-CAS

v.

RICK SCOTT, et al.,

    Defendants.
_____

SLOAN GRIMSLEY, et al.,

    Plaintiffs,   Case No. 4:14-cv-138-RH-CAS

v.

RICK SCOTT, et al.,

    Defendants.
_____

### *GRIMSLEY* PLAINTIFFS' AND DEFENDANTS' JOINT NOTICE OF SETTLEMENT ON ATTORNEYS' FEES AND COSTS

The *Grimsley* Plaintiffs and Defendants jointly notify the Court that they have reached a settlement on attorneys' fees and costs in Case No. 4:14-cv-138-RH-CAS. The parties respectfully request that the Court stay further proceedings under Local Rule 54.1 in the *Grimsley* case pending receipt of settlement funds. Unless otherwise ordered by the Court, the *Grimsley* Plaintiffs shall file a notice of withdrawal of their fee petition upon consummation of the settlement. The settlement also obviates the bill of costs previously filed.

1

Date: May 10, 2016

Certificate of Service: Today, Daniel B. Tilley electronically filed this document with the Clerk of Court using CM/ECF, which automatically serves all counsel of record who have appeared.

Respectfully submitted,

| | |
|---|---|
| **/s/ Daniel B. Tilley** | **/s/William H. Stafford III** |
| **Daniel B. Tilley** | **Jonathan L. Williams** (FBN 117574) |
| Florida Bar No. 102882 | Deputy Solicitor General |
| **Nancy G. Abudu** | **William H. Stafford III** (FBN 70394) |
| Florida Bar No. 111881 | Office of the Attorney General |
| ACLU Foundation of Florida | PL 01 The Capitol |
| 4500 Biscayne Blvd., Suite 340 | Tallahassee, Florida 32399-1050 |
| Miami, FL 33137 | (850) 414-3688 |
| (786) 363-2714 | (850) 410-2672 (fax) |
| DTilley@aclufl.org / NAbudu@aclufl.org | Jonathan.Williams@myfloridalegal.com |
| | William.Stafford@myfloridalegal.com |
| **Stephen F. Rosenthal** | |
| Florida Bar No. 131458 | ATTORNEYS FOR DEFENDANTS |
| Podhurst Orseck, P.A. | |
| 25 West Flagler Street, Suite 800 | |
| Miami, FL 33130 | |
| (305) 358-2800 | |
| SRosenthal@podhurst.com | |

**Leslie Cooper**
ACLU Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2627
LCooper@aclu.org

ATTORNEYS FOR THE
*GRIMSLEY* PLAINTIFFS